**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

CHINYERE JENKINS, et al.,      )
      )
      Plaintiff,      )
      )
v.      )      No. 77-0420-CV-W-DW
      )
SCHOOL DISTRICT OF KANSAS CITY,      )
MISSOURI, et al.,      )
      )
      Defendant.      )

## ORDER

The Court hereby grants Plaintiffs' Joint Motion to Alter or Amend (Doc. 5156) the Court's September 11, 2006 Order. All the parties agree that the original maturity dates of the two series of capital improvement bonds issued in 1993 is 2014, not 2008 as indicated in a document originally provided to the Court.

Accordingly, pursuant to Rule 60(b)(6), the Court GRANTS Plaintiffs' motion and VACATES its September 11, 2006 Order. The Court will enter an amended order forthwith.

Date:  November 21, 2006           /s/ DEAN WHIPPLE
           Dean Whipple
           United States District Court