# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 06-3587

Chinyere Jenkins,

Appellee

v.

Kansas City Missouri School District, et al.,

Appellees

Missouri Charter Public School Association,

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:77-cv-00420-DW)

---

**MANDATE**

In accordance with the opinion and judgment dated February 27, 2008, and the corrected

opinion and judgment dated March 27, 2008, and pursuant to the provisions of Federal Rule of

Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 04, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit